CSD1201
Rev. 12/06

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Website: www.casb.uscourts.gov
Hours: 9:00am-4:00pm Monday-Friday

Sean Kevin Carroll
7101 Tanager Dr.
Carlsbad, CA 92011
xxx-xx-7596
*No Known Aliases*

Case number: 08-05830-PB7
Chapter: 7
Judge Peter W. Bowie

## NOTICE OF TRANSFER OF CASE

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

You are hereby notified that pursuant to the order of this Court entered on **8/26/08**

**TRANSFERRED CASE**

The above entitled case has been transferred to the following court:

**United States Bankruptcy Court
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604**

You are further notified that all original papers pertaining to this case, except the order of transfer and the dockets of this Court, have been transferred to the Clerk of the above-mentioned court. You should file all further papers concerning this transferred case with that office.

**REMANDED CASE**

The above entitled case has been remanded to the following Court:

Please file all further papers concerning this case with the appropriate office.

Dated: 8/26/08

Barry K. Lander
Clerk of the Bankruptcy Court

Order Entered on
August 26, 2008
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

SEAN KEVIN CARROLL

BANKRUPTCY NO. 08-05830-PB7

Debtor.

# ORDER TRANSFERRING VENUE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted.

//
//
//
//
//
//

DATED: August 26, 2008

Judge, United States Bankruptcy Court

It appearing that the above-named Debtor filed and served a Motion to Transfer Venue to the Northern District of Illinois;

It further appearing that the matter came before the court on August 25, 2008, and that no appearance or opposition has been made by any party; therefor,

This case is transferred to the United States Bankruptcy Court, Northern District of Illinois.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

**Hearing Information:**

|  |  |
|---|---|
| Debtor: | SEAN KEVIN CARROLL |
| Case Number: | 08-05830-PB7    Chapter: 7 |
| Date / Time / Room: | MONDAY, AUGUST 25, 2008 10:00 AM   DEPARTMENT 4 |
| Bankruptcy Judge: | PETER W. BOWIE |
| Courtroom Clerk: | MARILYN WILKINSON |
| Reporter / ECR: | COLLETTA BROOKS |

**Matters:**

1) DEBTOR'S MOTION TO CONVERT CASE FROM CHAPTER 7 TO 13

2) DEBTOR'S MOTION TO TRANSFER VENUE TO NORTHERN DISTRICT OF ILLINOIS

**Appearances:**

**Disposition:**

1) Denied.

2) Granted.